IN THE SUPREME COURT OF TEXAS

 No. 04-0596

 IN RE HP/SUNNYBROOK, INC., ET AL.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for stay, filed July 2, 2004, is granted as
supplemented. The court of appeals' judgment and opinion in Cause No. 13-
03-00376-CV styled In Re Natividad Arriola, et al. and all trial
proceedings in Cause No. 02-2148-C, styled Natividad Arriola, et al. v.
Sunnybrook Healthcare Center, et al., in the 94th District Court of Nueces
County, Texas, are stayed pending further order of this Court.

 2. The real parties in interest are requested to respond to
relators' petition for writ of mandamus no later than 3:00 p.m., July 19,
2004 .

 Done at the City of Austin, this July 7, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk